# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139400

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CHRISTOPHER LUKE PRATT,
        Defendant-Appellant.

SC: 139400
COA: 284299
Calhoun CC: 2007-002395-FH

_____/

      On order of the Court, the application for leave to appeal the June 11, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2009

_____
Clerk

p1202